THE STATE EX REL. SUPERVALU HOLDINGS, INC., APPELLANT,

*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Supervalu Holdings, Inc. v. Indus. Comm.* (1998), 82 Ohio St.3d 529.]

(No. 96–595—Submitted June 24, 1998—Decided August 5, 1998.)

---

*Dunlevey, Mahan & Furry, L.P.A., Gary W. Auman* and *William P. Allen,* for appellant.

*Betty D. Montgomery,* Attorney General, and *James M. Carroll,* Assistant Attorney General, for appellee Industrial Commission.

*Hochman & Roach Co., L.P.A.,* and *Carla J. Lauer,* for appellee Alice Abate.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.